USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 13 2010 ★
BROOKLYN OFFICE

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Burr & Forman LLP | 1:10-mc-00140-UA |
| DEFENDANT | TYPE OF PROCESS |
| NYMET Holdings, Inc. | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NYMET Holdings, Inc.; c/o Edward R. Gulmi, James Gardner or Mark D. Klok

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
84 Nesconset Highway, Port Jefferson, NY 11778

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jennifer Moseley
Burr & Forman LLP
420 N 20th Street, Ste 3400
Birmingham, AL 35203

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                         Fold

Please serve either Edward R. Gulmi, James Gardner or Mark D. Klok for NYMET Holdings, Inc.

*[Signature]*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 205-458-5277 | DATE 4/9/10 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk MRS Nelson | Date 4/12/10 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
X  Bill Dollard  Director

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only if different than shown above*)

| Date 5/6/10 | Time 1640 | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee 55.00 | Total Mileage Charges including endeavors) 15.50 | Forwarding Fee | Total Charges 70.50 | Advance Deposits 150.00 | Amount owed to U.S. Marshal* or (Amount of Refund*) 79.50 | $0.00 |
|---|---|---|---|---|---|---|

REMARKS: out for p/s 4/12/10

5/6 - Above 3 subjects traveling for the week - left with Bill Dollard at NYMET Holdings

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80